IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

WESLEY HAYNIE,

    Plaintiff,

v.

HAROLD CLARKE,

    Defendants.

Case No. 1:23-cv-000016

## SUPPLEMENTAL AFFIDAVIT

Commonwealth of Virginia, County of Buchanan, to-wit:

H. HARDIN,[1] first being duly sworn, states as follows:

1. I am the Institutional Grievance Coordinator at Keen Mountain Correctional Center ("Keen Mountain") a Virginia of Department of Corrections ("VDOC") institution. In this capacity, I am responsible for maintaining inmate Grievance Files at Keen Mountain.

2. I base the information contained in this affidavit on personal knowledge and records maintained in the regular and ordinary course of business.

3. I understand that VDOC inmate Wesley Haynie, VDOC No. 1806460, has filed a lawsuit against various Keen Mountain staff. I previously signed an Affidavit in this case wherein I detailed VDOC's grievance procedure pursuant to Operating Procedure ("OP") 866.1 and the Plaintiff's failure to exhaust his allegations against the Defendants named Squier, Owens, Deel, and Dye.

---

[1] My maiden last name is "Harr."

1

4. However, I also understand that the Plaintiff alleges in his lawsuit that Defendant Ashby "assaulted" the Plaintiff by making threats against him.

5. As explained in my previous affidavit, officers making threats against inmates is a grievable issue pursuant to VDOC OP 866.1 and must be pursued through this process prior to filing any lawsuit.

### Facts about Haynie's Failure to Exhaust his Assault Allegations against Defendant Ashby

6. Attached to my previous Affidavit as Enclosure B is a copy of Haynie's Grievance Report for the period of January 1, 2021, through December 31, 2022.

7. To properly exhaust administrative remedies regarding Haynie's allegations that Defendant Ashby assaulted and/or threatened the Plaintiff at Keen Mountain, Haynie was required to submit an Informal/Written Complaint to Keen Mountain about his allegations and then follow up that Informal/Written Complaint with a Regular Grievance and appeal that Regular Grievance through Level II.

8. Based upon my thorough review of Haynie's Grievance File and Grievance Report, Haynie did not exhaust his administrative remedies regarding his allegations that Defendant Ashby assaulted and/or threatened the Plaintiff because Haynie only filed an Informal/Written Complaint about Mr. Ashby but did not follow it up with a Regular Grievance. Had Haynie filed a Regular Grievance related to his assault allegations against Defendant Ashby and it was accepted at intake, this would be reflected on his Grievance Report, but it is not.

9. Specifically, Haynie filed Informal/Written Complaint, Log No. KMCC-21-INF-02629 wherein he alleged that on a certain day, Mr. Ashby came to Haynie's cell and called Haynie a "cry baby bitch." Mr. Haynie was provided a response to Informal/Written Complaint, Log No.

2

KMCC-21-INF-02629 on December 14, 2021. A copy of Informal/Written Complaint, Log No. KMCC-21-INF-02629, and the response that Haynie received, is attached to this Supplemental Affidavit as Enclosure A.

    10. As stated, my review of Haynie's Grievance File and Grievance Report reveals that Haynie did not follow Informal/Written Complaint, Log No. KMCC-21-INF-02629 up with a Regular Grievance, that was either accepted or rejected at intake. Had Haynie filed a Regular Grievance related to his assault allegations against Defendant Ashby and it was accepted at intake, it would be reflected on his Grievance Report, but it is not.[2]

    11. I have also reviewed Haynie's Grievance File at Keen Mountain for any copies of any accepted or rejected Regular Grievances related to his assault allegations against Defendant Ashby. It has been Keen Mountain's long-standing practice to make copies of inmates' Regular Grievance(s), and to keep those copies in an inmate's Grievance File. As stated, I have reviewed Haynie's Keen Mountain Grievance File for any copies of any accepted or rejected Regular Grievance related to Haynie's assault allegations against Defendant Ashby. There is not any copy of any accepted or rejected Regular Grievance in Haynie's Grievance File related to his allegations

---

[2] I also understand that the Plaintiff has named Mr. Robinette as a Defendant in his case as well. As clear from his Grievance Report, Haynie did not file any Informal/Written Complaints about Defendant Robinette and/or Defendant Robinette making any threats against him while incarcerated at Keen Mountain.

3

that Defendant Ashby assaulted Haynie and/or threatened him.

H. HARDIN

_Haley Hardin_
Affiant

Sworn and subscribed to before me, a Notary Public, in and for the Commonwealth of Virginia, County of Buchanan, this 12 day of March, 2025.

_Sarah Isabel Smith_
Notary Public

My commission expires: August 31, 2028

> SARAH I. SMITH
> NOTARY PUBLIC
> Commonwealth of Virginia
> Registration No. 7876784
> My Commission Expires August 31, 2028

4

DEPARTMENT OF CORRECTIONS

# Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly.
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: Wesley Hornie
Offender Number: 1806460
Housing Assignment: A3336
Individual(s) Involved in Incident: Investigator Ashby
Date/Time of Incident: 11/23/21 9:20am

Received DEC 09 2021 KMCC GRIEVANCE COORDINATOR

To: Ms. Breeding
(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

On the date above Ofc. Ashby come in my pod cell searching and walked pass my cell then once he saw me he doubled back and came in my cell searched it and then called me a cry baby bitch due to the issue of me being transported to Greensville Circut Court by him and not being seatbelted in. I feel like I'm being targeted by him because I filed a grievence on that issue. I dont feel safe on this compound due to retaliation.

Offender Signature: Wesley Hornie
Date: 12/8/21

*Offenders - Do Not Write Below This Line*

Date Received: 12/9/21   Response Due: 12/24/21   Log #: KMCC-21-INF-02629
Assigned to: UM Collins

Action Taken/Response:
Officer Ashby does not recall this incident you are describing. He has denied any unprofessional action while working the housing units.

Respondent Signature: /s/ A. Collins
Printed Name and Title: A. Collins Unit Manager
Date: 12/14/2021

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once upon a new *Written Complaint* so long as the original 15-day time limit has not expired.

Offender Signature: _____   Date: _____
Staff Witness: _____   Date: _____

ENCLOSURE A