**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Abingdon Division**

WESLEY HAYNIE,

       Plaintiff,

v.                                      Case No. 1:23-cv-000016

HAROLD CLARKE,

       Defendants.

## DECLARATION

Commonwealth of Virginia, County of Buchanan, to-wit:

    D. BALL, declares as follows:

1.    I am a Nurse Practitioner ("NP") and am currently employed at Keen Mountain Correctional Center ("Keen Mountain"), a Virginia of Department of Corrections ("VDOC") institution.  As a NP, I provide medical care and clinical treatment to inmates at Keen Mountain and have been employed full time at Keen Mountain as a NP since May 2018.  I was previously employed part-time at Keen Mountain from 2009 to 2011.  I have been employed as a NP since 2006 and have experience as a Family Nurse Practitioner and seven years as a NP in the Emergency Room.

2.    I am a Registered Nurse.  I hold both a Bachelor of Science in Nursing ("BSN") degree and a Master of Science in Nursing ("MNS") degree.  I am licensed by Virginia's Board of Nursing, and my license is currently in good standing.

3.    As a licensed NP, I have advanced clinical training and experience.  As part of my daily duties as NP, my responsibilities include, among other things: providing clinical services

1

such as physical exams and medical history reviews; ordering and interpreting lab tests; ordering and reviewing x-rays, magnetic resonance imaging ("MRI") scans, and other body scans; making diagnoses; treating illnesses and/or conditions; writing prescriptions, and prescribing treatments. Additionally, as a licensed NP, I am able to perform certain procedures without supervision by a doctor.  At Keen Mountain, my supervising doctor is Dr. Kevin Fox, who is the Medical Authority for the Western Region, Virginia Department of Corrections.

4.      I base the information contained in this affidavit on personal knowledge and records maintained in the regular and ordinary course of business.

5.      As a health care provider at Keen Mountain, I have extensive knowledge of VDOC medical record-keeping policies, procedures, and practices as well as the VDOC's practices regarding medical charting.  As part of VDOC's medical-charting practices, VDOC medical providers subscribe to the "COI" form of charting, which stands for "complaint, objective assessment, intervention."  This means that when a nurse or other provider meets with an inmate, he or she charts in the inmate's chart the: (1) complaint of the inmate; (2) objective assessment of the medical provider; and (3) medical intervention taken to address or alleviate the inmate's concern(s).

6.      I understand that VDOC inmate Wesley Haynie, VDOC No. 1806460, has filed a lawsuit wherein he alleges that Keen Mountain security staff drove recklessly when transporting him to a court appearance on October 14, 2021, and as a result caused him to suffer "bulging discs" and pain in his back.  As a NP at Keen Mountain, I saw and treated Haynie while he was incarcerated at Keen Mountain, including for his back ailments.

2

Case 1:23-cv-00016-JPJ-PMS     Document 52-3     Filed 03/17/25     Page 3 of 26
Pageid#: 394

***Relevant Facts about Haynie's Medical Records Prior to October 14, 2021***

7.      I have reviewed Haynie's medical records dating back to 2019.  These records are authentic and are maintained by VDOC in the ordinary course of business.

8.      On November 25, 2019, Haynie was seen at the University of Virginia ("UVA") Health System, Department of Radiology and Medical Imaging, for completion of an x-ray.  On that day, a two-image x-ray was taken of Haynie's lumbar spine, which is his lower back.  In the "clinical history" notes section of Haynie's x-ray results, it was noted that Haynie was receiving the x-ray because he had complained of back pain after lifting weights.  A copy of Haynie's November 25, 2019 x-ray results are attached to this Affidavit as Enclosure A.

9.      UVA's x-rays findings showed degenerative disc changes and no acute fracture of the lumbar spine.  Encl. A.

10.      In layman's terms, a back "disc", also known as an intervertebral disc, is a spongy cushion between the vertebrae of the spine.  Discs essentially act as shock absorbers and help keep the spine stable. "Degenerative changes" means that the discs in the back are showing signs of wear and tear and that the discs may be losing some of their fluid content and becoming slightly thinner.  Disc degenerative changes are common and are typically a part of aging or the result of strenuous activity, such as lifting weights, working out, or playing sports.

***Facts about Haynie's October 14, 2021 Medical Records***

11.      On October 14, 2021, Haynie was incarcerated at Keen Mountain.  His medical records document that Keen Mountain Registered Nurse A. Compton saw Haynie when he was returned from an off-site court appearance.  In October 2021, it was standard practice for an inmate

to see a medical provider when he returned from any off-site trip.  A copy of Haynie's medical chart from October 14, 2021 is attached to this Affidavit as Enclosure B.

12.    Pursuant to VDOC's medical-charting practices, Nurse Compton properly charted her review of Haynie on October 14, 2021 in COI format. Specifically, Nurse Compton charted that she took Haynie's temperature, which was 98.4 degrees (Fahrenheit).  She also charted that Haynie did not voice any medical complaints.  Specifically, Nurse Compton wrote "[d]enies SX[1] of COVID. . . . Denies any injuries or medical needs at this time."  Encl. B.  Nurse Compton also charted that she "[a]dvised [Haynie] to contact medical if any SX of COVID appear" and that Haynie understood her recommendation.  Encl. B.

### Facts about Haynie's Medical Care for his Back and Leg Pain after October 14, 2021

13.    On October 18, 2021, I saw Haynie at sick call.  He complained of lower back pain. Haynie stated that he was denied medical care upon his return from the transportation on October 14, 2021; however, based on my review of Haynie's medical records, Nurse Compton saw him when he returned to the facility on October 14, 2021, and Nurse Gross saw him on October 15, 2021.  I charted that Haynie was not showing any signs of distress, that he did not have any injuries or deformities, and that he was prescribed pain medication.  A copy of Haynie's October 18, 2021 medical chart is attached to this Affidavit as Enclosure C.

14.    Haynie's medical records document that the next time he was seen by medical staff was on November 4, 2021.  Haynie reported back pain on and off since October 15, 2021, but he denied these symptoms on November 4, 2021.  Haynie demonstrated full range of motion in all

---

[1] "SX" is medical shorthand for "symptoms."

extremities without any issues.  Haynie was again prescribed pain medication.  A copy of Haynie's November 4, 2021 medical records are attached to this Affidavit as Enclosure D.

15.    On November 9, 2021, Haynie had a two-image x-ray taken at Keen Mountain. The x-ray demonstrated that Haynie's "disc spaces" were "maintained."  In layman's terms, this means that the spaces between the vertebrae in the spine, which are cushioned by the discs, were of a normal size and were not showing obvious signs of narrowing, indicating healthy discs.  This means that Haynie's x-ray did not demonstrate any bulging discs or other injuries.  A copy of Haynie's November 9, 2021 x-ray results are attached to this Affidavit as Enclosure E.

16.    Haynie's medical records reflect that he continued to complain to medical providers about back pain following the November 9, 2021 x-ray, and that Haynie was provided with a variety of pain medications.  However, Haynie's medical records also reflect that Haynie complained to medical providers about leg pain as well.  Haynie's medical records reveal that Haynie had been shot in his left leg prior to being incarcerated.

17.    On December 13, 2021, the Plaintiff was seen by medical for complaints of leg pain.  An x-ray order was placed for Haynie.  A copy of Haynie's December 13, 2021 medical chart is attached to this Affidavit as Enclosure F.

18.    On December 14, 2021, Haynie had an x-ray of his femur and left hip and pelvis. The x-ray results found that Haynie had a "[o]ld fixated distal femur fracture" meaning that he had broken a bone in the lower part of his thigh bone (femur), near the knee joint, that was previously surgically repaired.  The x-ray of Haynie's hip and pelvis found "moderate arthritic changes of the hip" meaning that Haynie was experiencing arthritis in his hip and possible cartilage loss in the

hip joint.  A copy of Haynie's December 14, 2021 x-ray results are attached to this Affidavit as Enclosure G.

19.     On January 15, 2022, I saw Haynie for his complaints of both leg and back pain.  I continued pain medication for Haynie to alleviate his pain.  A copy of Haynie's January 15, 2022 medical chart is attached to this Affidavit as Enclosure H.

20.     From January through July 2022, Haynie continued to be seen by medical providers and prescribed pain medication, including Cymbalta, Mobic, Naproxen, Zanflex, Motrin, and a muscle rub.

21.     On July 25, 2022, upon my order, Haynie had an MRI scan of his lumbar spine taken at the Clinch Valley Medical Center.  Haynie's medical history was listed as including "numbness, tingling low back to left leg and left calf" on the MRI results.  According to the MRI results, the impression from the medical provider who interpreted the MRI was that Haynie had "[s]evere central canal stenosis L3-L4 L4-L5 secondary to combination of disc bulge and epidural lipomatosis."  A copy of the results of Haynie's July 25, 2022 MRI is attached to this Affidavit as Enclosure I.

22.     Spinal "stenosis" is a narrowing of the spaces in one's spine, putting pressure on the spinal cord and nerves, often causing pain.  Stenosis commonly occurs as one ages.  A "disc bulge" occurs when the soft inner part of a spinal disc pushes out through the outer layer.  "Epidural lipomatosis" occurs when excessive fat tissue accumulates in the epidural space, the area surrounding the spinal cord.  Epidural lipomatosis can be caused by obesity or genetics.

23.    After the July 25, 20222 MRI, Haynie continued to complain of pain and was continued on pain medication.  An appointment at Virginia Commonwealth University ("VCU") Medical Center, Department of Neurosurgery was made for Haynie.

24.    On February 8, 2023, Haynie was seen at VCU Medical Center, Department of Neurosurgery.  At this appointment, a medical provider with VCU's Department of Neurosurgery, Dr. Ward, reviewed Haynie's July 25, 2022 MRI with Haynie.  In his assessment of Haynie's MRI, Dr. Ward wrote that Haynie "has some moderate stenosis at L4 5 and L5-S1 but is not a bony stenosis he does have some lipomatosis but is not severe this is different than the reading from where the MRI was done which I think has been over read."   Dr. Ward did not find any bulging discs in Haynie's July 25, 2022 MRI.  Dr. Ward further noted that "I do not think stenosis is his problem I think he probably has arthritis."  Dr. Ward recommended that Haynie be given an anti-inflammatory, such as Mobic, and that Haynie complete core strengthening exercises. A copy of Haynie's medical notes from the February 8, 2023 VCU visit with Dr. Ward is attached to this Affidavit as Enclosure J.

25.    According to Dr. Ward's notes, Dr. Ward did not agree with interpretation of Haynie's July 25, 2022 MRI by the medical provider at the Clinch Valley Medical Center.  Specifically, Dr. Ward disagreed that Haynie's MRI demonstrated bulging discs and "severe" stenosis.  Instead, Dr. Ward opined that Haynie likely has moderate (and not severe) stenosis, and arthritis.  Arthritis is inflammation in one's joints and commonly occurs as one ages.

26.    Following Haynie's February 8, 2023 visit with Dr. Ward, Haynie was again prescribed Mobic at Keen Mountain, as recommended, and Haynie was advised to complete core strengthening exercises.

### *My clinical and professional opinions regarding Haynie's back ailments*

27.      As stated herein, an x-ray of Haynie's lumbar spine in November 2019 demonstrated that he was exhibiting disc degenerative changes then, meaning that the spinal discs in Haynie's lower back were already showing signs of wear and tear and that the discs may be losing some of their fluid content and becoming slightly thinner.  Disc degenerative changes are common and are typically a part of aging or the result of strenuous activity, working out, or lifting weights.  As disc degeneration progresses, it can cause bulging discs.

28.      Further, Haynie was given another x-ray approximately three-and-a-half weeks after the October 14, 2021 transportation.  This x-ray showed that Haynie's "disc spaces are maintained" meaning that the Plaintiff's x-ray showed no bulging discs or spinal injuries.

29.      It is therefore my opinion that Haynie did not suffer bulging discs as a result of the October 14, 2021 transportation.  In my clinical experience, if an individual suffers bulging disc(s) from an accident or traumatic event, such findings typically present themselves soon after the accident or event.  In this case, Haynie's November 2021 x-ray did not demonstrate any such bulging discs.

30.      In fact, Haynie's medical records reflect that Haynie had not been definitively diagnosed with bulging discs as of February 2023.  Specifically, as explained herein, two medical providers reached different conclusions regarding Haynie's July 25, 2022 MRI.  One provider opined that Haynie was exhibiting bulging discs, and another, Dr. Ward, opined that he believed this interpretation was "overread" and diagnosed Haynie with moderate stenosis and arthritis, both common ailments that affect individuals as they age.

31.    To the extent that the Plaintiff does suffer from any bulging disc(s) in his back, this is likely the result of disc degeneration or arthritis, which often occurs as an individual ages. As stated, Haynie's medical history reflects that has suffered from disc degeneration since at least 2019, and Dr. Ward opined that Haynie has arthritis in his spine in February 2023. Disc generation and arthritis can both cause bulging discs. Arthritis, i.e. inflammation, weakens the discs, making them more prone to bulging out.

32.    To the extent that the Plaintiff suffers from pain, generally, in his back, the cause of this pain is unclear given the Plaintiff's medical history. Disc degeneration, stenosis, and arthritis can all cause pain. Further, as explained here-in, Haynie was previously shot in two places in his left leg prior to his incarceration. Haynie's medical records reflect that Haynie complained often of pain in both his back and his leg. It is entirely possible that Haynie's gunshot wounds in his leg have caused the pain that Haynie is experiencing in his back due to nerve damage or muscle imbalances. Specifically, some nerves travel from the leg to the lower back. If any of these nerves were affected by Haynie's gunshot wounds in his leg for which he was experiencing pain, it is likely that Haynie would also experience that pain in his back. Similarly, if one of Haynie's muscles in his leg was affected by the gunshot wounds, this could affect the natural alignment of Haynie's back, resulting in pain. Further still, both the medical provider at the Clinch Valley Medical Center and Dr. Ward agreed that Haynie's July 25, 2022 MRI exhibited some degree of epidural lipomatosis. As stated, epidural lipomatosis is a condition where excessive fat tissue accumulates in the epidural space, the area surrounding the spinal cord. This accumulation can compress the spinal cord and nerves, leading to various symptoms, including pain.

9

33.    I based my opinions herein on my clinical experience, review of Haynie's medical records, and my own treatment of Haynie.

I swear under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing statements are trust and correct.

D. BALL, NP

3-14-25

Date

11/27/2019 11:47:21 AM epicsrvc@hscmail.mcc.virginia.edu UVAHealthSystem Page 2
Case 1:23-cv-00016-JPJ-PMS   Document 52-3   Filed 03/17/25   Page 11 of 26
Pageid#: 402



| | | |
|---|---|---|
| Name: | Haynie, Wesley | University of Virginia Health System |
| MRN: | 2941331 | Department of Radiology and Medical Imaging |
| Gender: | Male | Charlottesville, Virginia |
| DOB: | | |
| Pt Account # | | Radiology Report |

Ordering Provider:  Vincent M Gore
Authorizing Provider:  Vincent M Gore
Ordering Dept.  GCCW GREENVILLE RCF

Radiology Report
Performing Department:
GCCW GREENVILLE RCF

Department Phone:
434-535-7000

**Final**

ORDER No: 261776898
EXAMINATION: XR TELE LUMBAR SPINE

ACCESSION No: 14846773
EXAM DT/TIME: 11/25/2019  9:33 AM

Reason For Exam:        BP 2V (1806460)
Ordering Diagnosis:     Examination

EXAM:  X-ray lumbar spine 2 views

CLINICAL HISTORY:  Low back pain after lifting weights

COMPARISON:  None

FINDINGS:
There are 5 lumbar-type vertebral bodies. Straightening of the normal lumbar lordosis. Vertebral body heights are preserved. Mild degenerative changes. Evaluation of the lower lumbar spine on lateral view is limited by patient rotation. The sacroiliac joints are normal.

IMPRESSION:
No acute fracture or subluxation of the lumbar spine.

Rohit Sukumar, M.D.
Resident Physician, Radiology

Nicholas C Nacey, M.D.
Attending Musculoskeletal Radiologist

RADIOLOGY TECHNOLOGIST:      HOFFMAN, DANA
RADIOLOGY RESIDENT/FELLOW: Rohit Sukumar, MD

RADIOLOGY ATTENDING:         Nicholas Nacey, MD

READ
DT/TIME:      11/27/19 11:16 AM

SIGN DT/TIME: 11/27/2019 11:47 AM

THIS DOCUMENT WAS SIGNED ELECTRONICALLY. A COPY OF THIS IS ONLINE IN THE EPIC SYSTEM. BY ELECTRONICALLY SIGNING

Enclosure A

THIS REPORT, I THE PHYSICIAN ATTEST THAT I HAVE REVIEWED THE IMAGE(S) FOR THE ABOVE EXAMINATION(S) AND AGREE WITH
THE FINDINGS AS DOCUMENTED ABOVE.



VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form 1-21

## Health Services Complaint and Treatment Form

Facility: _____ Keen Mountain Correctional Center _____

Inmate/Probationer/
Parolee Name: Haynie _____ Wesley _____    DOC #: 1806460
                Last         First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10/7/21  12:45PM<br>T- 96.8<br>BP- 113/74<br>O²- 95<br>RR- 18<br>HR- 74<br>WT- 251 | C: I/m complains of appx. 4 loose stools since midday yesterday.<br>O: A+O x3. No s/s of distress noted. Cap Refill <3. Mucus membranes moist. No Tachycardia noted. No signs of dehydration noted.<br>I: 30 mL Pepto BID x5 days.<br>Education on diet preferences + decrease diarrhea symptoms.<br>Educated on hand washing. | [signature] RN<br><br>[signature] - RN NP C |
| 10/14/21 8:40p<br>T 98.4 | Inmate returned from offsite court transport. Denies Sx of COVID. Temp WNL. Denies any injuries or medical needs at this time. Advised to contact medical if Sx of COVID appear. Inmate verbalized understanding. | a Compl RN |

**Enclosure B**

DEPARTMENT OF CORRECTIONS                    Health Services Complaint and Treatment Form    HS_F17_1-21

## Health Services Complaint and Treatment Form

Facility: _____ Keen Mountain Correctional Center

Inmate/Probationer/
Parolee Name: **Naynie** (Last)   **Wesley** (First)    DOC #: **18064160**

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10/18/21 1318<br>97.5 18 97%<br>50 132/78 | C': I/m ❤ sick call ᴄ̄ C/O headache and low back pain since 10/14/21. O': A+O×3 Resp even + unlabored. Skin pink, warm, dry, intact. Steady gait. Full ROM of all extremities. no injuries or deformities ntd. no neuro deficits ntd. PERRLA @ 2mm. Denies LOC. no S/S of distress ntd. I/m states he was denied medical care upon return from transportation 10/14/21. I/m seen by A. Compton RN upon return and I/m seen 10/15/21 by S. Gross LPN for same complaints ᴄ̄ motrin ordered BID × 5days. medication active until 10/20/21. I': I/m currently has medications for pain management, no S/S of any distress ntd. I/m Instructed to follow up PRN R. Hayure Dale NP.C. | |
| | | |
| | | |
| | | |

ENCLOSURE C

**Nursing Evaluation Tool:** <u>Back Pain</u>

Facility: KMCC

Inmate Name: Haynie <u>Wesley</u>
                    Last        First         MI

Inmate Number: 1806460

Date of Report: 11 / 4 / 21          Time Seen: 7:45  AM / PM  Circle One
                MM  DD  YYYY

**Complaint:** Chief Complaint(s): Continued Back Pain

Onset: off and on since 10/5/21

☑ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) 8    Type: ☐ Sharp  ☐ Dull  ☑ Intermittent  ☐ Constant    Numbness: ☑ No  ☐ Yes

Location of Pain: low back    Radiation of pain: ☑ No  ☐ Yes to: _____
                  Neck / mid-back / low back

History: IM reports back pain off and on since 10/15/21
(Continue on back if necessary)

Associated symptoms: Pain on urination?  ☑ No  ☐ Yes    Nausea ☑ No  ☐ Yes    Vomiting ☑ No  ☐ Yes (x ___)
                     Increased urination?  ☑ No  ☐ Yes    Pain with cough/breathing? ☑ No  ☐ Yes

**Observation:**  Vital Signs:  T: 96.8   P: 85   RR: 18   B/P: 130/84  WT: 260

Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion

Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: _____

Explain findings: Steady gait, Full Rom of all extremities
Denies any symptoms listed above @ this time
                                    ☐ Check Here if additional notes on back

Lower extremities: ☑ Normal      ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present          ☐ Absent

☐ Additional Examination: CRTL3, PP+2
Continue on back if necessary

                                    ☐ Check Here if continued on back

**Intervention: (Referral Status)**
☑ Referral <u>NOT Required</u>

☐ Referral <u>Required</u> due to the following: (Check all that apply)
   ☐ Loss of sensation          ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Prior malignancy           ☐ Presence of WBCs from dipstick    ☐ Pain during urination
   ☐ Other: _____

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☑ Education on avoiding back pain  ☑ Education about stretching and back exercises.  ☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Motrin 400mg po BIDx 5days.
   (Describe)
☐ Cold Compress (Acute injury)  ☑ Warm Compress
☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List): Motrin. Vol8 per O Ball FNP X-ray lumbar
                                                     spine - pain
Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____ MD: _____
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____ Time _____

x R Hawkley          D Ball NP c  11/4/21
Nurses Signature

Enclosure D

**MOBILE IMAGES**

Phone:  877-887-3829
Alt Phone:  423-892-9729
FAX:  888-405-0653

## PATIENT REPORT

*1806460*

PATIENT NAME:  HAYNIE, WESLEY
DATE OF BIRTH:
PATIENT ID:  237403
FACILITY:  KEENE MOUNTAIN CORRECTIONAL FACILITY
ROOM #:  MEDICAL

DATE OF SERVICE:  11/09/2021
REFERRING PHY.:  BALL, DEBORAH
TECHNOLOGIST:  Melinda Morris
INTERPRETING COMPANY:  Flex TeleRad, LLC
REASON:  PAIN
arrived @ 1540

Results Document ID:  759752

PROCEDURE:  72100 - SPINE, LUMBOSACRAL, 2 OR 3 VIEWS

FINDINGS :  LUMBAR SPINE, 2 VIEWS

FINDINGS

There is lumbar straightening.  Small Schmorl's node invaginations are seen along the superior
endplates of the lower thoracic and upper lumbar vertebral bodies.  The lumbar vertebral bodies are
normal in height and posterior alignment.  No spondylolisthesis is seen.  The disc spaces are
maintained.

IMPRESSIONS:  IMPRESSION:

No acute lumbar spine pathology/trauma.

INTERPRETING DOCTOR:  Vincent Lombardi MD

ELECTRONICALLY SIGNED :  Vincent Lombardi MD Tue, Nov 9, 2021 19:42:48 EST



### Flex TeleRad, LLC is Accredited by The Joint Commission

P.O. Box 21780 Chattanooga, TN 37424-0780

DBNPC    11/15/21

Enclosure E

## Health Services Complaint and Treatment Form

Facility:                Keen Mountain Correctional Center

Inmate/Probationer/
Parolee Name:    Haynie          Wesley        DOC #: 1806460
                 _Last_          _First_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 12-13-21 @ 10:30 PM | I/m came to HS pill call with complaint of left leg pain. I/m reports previous surgery due to gun shot wound. I/m states the area feels abnormal. TO X-ray of left upper leg & hip relating to pain. | |
| 12/20/21 | Clindamycin 150m tid 10 Day supply Ntd JDye LPN 12-20-21 10:5 albuy DDS UTD 1x 12-21-21 @ a.u. | |

# MOBILE IMAGES

Phone:   877-887-3829
Alt Phone:   423-892-9729
FAX:   888-405-0653

## PATIENT REPORT

PATIENT NAME:   HAYNIE, WESLEY
DATE OF BIRTH:
PATIENT ID:   237403
FACILITY:   KEENE MOUNTAIN CORRECTIONAL FACILITY
ROOM #:   MEDICAL

DATE OF SERVICE:   12/14/2021
REFERRING PHY.:   BALL, DEBORAH
TECHNOLOGIST:   Melinda Morris
INTERPRETING COMPANY:   Flex TeleRad, LLC
REASON:   PAIN, HX GUNSHOT WOUND  arrived 1325

Results Document ID:   770399

PROCEDURE:   73552 - LEFT RADIOLOGIC EXAMINATION, FEMUR

FINDINGS:   See Impressions

IMPRESSIONS:   Examination: Radiographs of the femur

Indication: Pain

Comparison study: None

Findings: There is normal bony ossification of the femur. Old internally fixated distal femur fracture. The hip and knee joint spaces are grossly intact. No soft tissue masses are identified.

Impression: Old fixated distal femur fracture

INTERPRETING DOCTOR:   Walter Uyesugi DO

ELECTRONICALLY SIGNED:   Walter Uyesugi DO Tue, Dec 14, 2021 17:29:57 EST



Flex TeleRad, LLC is Accredited by The Joint Commission

1/5/22 DBNP-C

P.O. Box 21780 Chattanooga, TN 37424-0780

Page 1 of 1

Enclosure G

**MOBILE IMAGES**

Phone: 877-887-3829
Alt Phone: 423-892-9729
FAX: 888-405-0653

# PATIENT REPORT

PATIENT NAME: HAYNIE, WESLEY
DATE OF BIRTH:
PATIENT ID: 237403
FACILITY: KEENE MOUNTAIN CORRECTIONAL FACILITY
ROOM #: MEDICAL

DATE OF SERVICE: 12/14/2021
REFERRING PHY.: BALL, DEBORAH
TECHNOLOGIST: Melinda Morris
INTERPRETING COMPANY: Flex TeleRad, LLC
REASON: PAIN, HX GUNSHOT WOUND  arrived 1325

Results Document ID: 770398

PROCEDURE: 73502 - LEFT HIP, UNILATERAL W/ PELVIS WHE

FINDINGS: See Impressions

IMPRESSIONS: Examination: Radiographs of the hip and pelvis.

Indication: Pain

Comparison study: None

Findings: There is moderate arthritic changes of the hip with circumferential collar osteophytes and joint space narrowing. No obvious displaced or impacted fracture noted at this time. Bony mineralization is within normal limits for age. No evidence of osteomyelitis. Remainder the pelvis is grossly intact. Old fixated distal femur fracture

Impression:

Arthritic changes of the hip without evidence of obvious fracture.

If there are continued clinical symptoms, follow-up radiographs are advised in 3 to 5 days as some early nondisplaced hip fractures can be radiographically occult. Arthritic changes can mask subtle nondisplaced fractures.

INTERPRETING DOCTOR: Walter Uyesugi DO

ELECTRONICALLY SIGNED: Walter Uyesugi DO Tue, Dec 14, 2021 17:26:45 EST

Flex TeleRad, LLC is Accredited by The Joint Commission

BBNP-c  1/5/22

DEPARTMENT OF CORRECTIONS                    Health Services Complaint and Treatment Form

## Health Services Complaint and Treatment Form

Facility: Keen Mountain Correctional Center

Inmate/Probationer/
Parolee Name: Haynie                Wesley                DOC #: 1806460
                    *Last*              *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|-----------|------------------------|---------------------|
| 2/10/22 4:00AM | Amoxicilli 500 tab 1000 sig bid | D Day DDS |
| | NTO Abaxer LPN 2/10/22 1129am | |
| | NTO 2 2-11-22 CG 44 | |
| 2/15/22 10:53am BP 145/79 P87 R98 T.98 O O2 99 | C: Follow up visit RT back pain H femur ROD placement GSW injury Lt leg previously. O x3, steady ambulation ⓪ medical visit c/o ↑ pain in low back down Lt leg x-ray report of lumbar spine II 2.10.22 reviewed I mobic 7.5mg po BID x 90 days F/U prn Deborah Ball NC DC Naproxen Deborah Ball NC | |
| | Noted Connie Rue 2/16/22 1:13a NTO JDye LPN 2/16/22 12:03 PM | |

**Enclosure H**

Clinch Valley Med. Ctr.
6801 Gov. G.C. Peery Hwy.
Richlands, VA  24641

PHONE #: (276)596-6135
  FAX #: (276)596-6143

Name: HAYNIE,WESLEY
Phys: Ball,Deborah  CNP
DOB: ███████████  Age: 35      Sex: M
Acct: M16151319462  Loc: M.MRI
Exam Date: 07/25/2022 Status: REG CLI
Radiology No: 00170988
Unit No: M000200148


Deborah Ball CNP
KEEN MOUNTAIN CORRECTIONAL CEN
OAKWOOD, VA


**EXAMS:**
 001197169 MRI L-SPINE W/O CON

 EXAMINATION:
MRI L-SPINE W/O CON 7/25/2022 10:18 am

 HISTORY:
NUMBNESS,TINGLING LOW BACK TO LEFT LEG AND LEFT CALF

 TECHNIQUE:
MULTISEQUENTIAL MULTIPLANAR MRI IMAGING OF THE LUMBAR SPINE PERFORMED
WITHOUT THE ADMINISTRATION OF INTRAVENOUS CONTRAST.

 COMPARISON:
None

 FINDINGS:
There is no acute bone marrow edema.  No lumbar compression
fractures.  No subluxation.  Conus terminates at L1.  At L1-L2, disc
desiccation noted without significant stenosis.  L2-L3, broad-based
disc bulge noted causing moderate central canal and bilateral
foraminal stenosis.  L3-L4, broad-based disc bulge noted causing
severe central canal and bilateral foraminal stenosis.  L4-L5, disc
bulge noted causing severe central canal stenosis.  L5-S1, disc bulge
noted causing mild bilateral foraminal stenosis


*IMPRESSION:*
*1. No acute bone marrow edema, compression fractures, or subluxation.*
*2. Severe central canal stenosis L3-L4 L4-L5 secondary to combination*
*of disc bulge and epidural lipomatosis.*


        ** Electronically Signed by Vijay Ramakrishnan MD **
   **            on 07/25/2022 at 1056                **
          Reported and signed by: Vijay Ramakrishnan, MD


                    DBNP-c    8/15/22

PAGE  1            Deborah Ball CNP                    (CONTINUED)

Enclosure I

Clinch Valley Med. Ctr.          Name: HAYNIE,WESLEY
6801 Gov. G.C. Peery Hwy.        Phys: Ball,Deborah  CNP
Richlands, VA  24641             DOB: ████████    Age: 35      Sex: M
                                 Acct: M16151319462  Loc: M.MRI
PHONE #: (276)596-6135           Exam Date: 07/25/2022 Status: REG CLI
  FAX #: (276)596-6143           Radiology No: 00170988
                                 Unit No: M000200148


**EXAMS:**
  001197169 MRI L-SPINE W/O CON
  <Continued>


CC: Deborah Ball CNP

Dictated Date/Time: 07/25/2022 (1056)
Technologist: GUYETTA MCCRACKEN, RT(R),CT,MR; ...
Transcribed Date/Time: 07/25/2022 (1056)
Transcriptionist: MEDITECH
Electronic Signature Date/Time: 07/25/2022 (1056)
Printed Date/Time: 07/25/2022 (1129) BATCH NO: 2452

PAGE  2                    **Deborah Ball CNP**

# Haynie, Wesley M

MRN: 6128022

**Office Visit** 2/8/2023
VCU Medical Center
Neurosurgery Security Care

Primary diagnosis: Spinal stenosis of lumbar region without neurogenic claudication

Reason for Visit: Disc Disorder; Referred by Deborah Ball, MD

## Progress Notes

John Ward, MD (Physician) • Neurosurgery

### Assessment/Plan

MRI of the lumbar spine was interpreted independently with the patient. He has some moderate stenosis at L4 5 and L5-S1 but is not a bony stenosis he does have some lipomatosis but is not severe this is different than the reading from where the MRI was done which I think has been over read. The patient does not claudicate he has primarily back pain he has no trouble walking I do not think stenosis is his problem I think he probably has arthritis I recommended that he be started on an anti-inflammatory such as Mobic muscle relaxant and some core strengthening exercises would probably benefit from an epidural steroid injection and would also be good if he was moved to a lower bunk he does not need to return unless his symptoms get worse with claudication

**Problem List:**

**Patient ID:** Wesley M Haynie is a 36 y.o. male.

### Chief Complaint

Patient presents with
- Disc Disorder
  *L4-L5 herniated*

### History of Present Illness:

This is a 36-year-old gentleman who approximately a year and 4 months ago fell in the back of a vehicle since that time he has had primarily pain in his low back although it has radiated occasionally to his left hip and upper leg he is on no real medication for this he denies any bowel or bladder problems his biggest problem is when he is laying down he cannot lay on his back because of pain when he walks he actually loosens up and his legs do not bother him in fact start feeling better the more he walks

### Past Medical History:

Diagnosis          Date
- Bulging lumbar disc
  *L4-L5*

**Surgical History:**

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|-----------|------|
| • TONSILLECTOMY | | 1999 |

**Social History:**
He reports that he has quit smoking. His smoking use included cigarettes. He has a 5.00 pack-year smoking history. He has never used smokeless tobacco. He reports that he does not currently use drugs after having used the following drugs: Marijuana. He reports that he does not drink alcohol.

**Family History:**
family history includes Diabetes type II in his father and mother.

No current outpatient medications on file prior to visit.

No current facility-administered medications on file prior to visit.

**Allergies**

| Allergen | Reactions |
|----------|-----------|
| • Iodinated Contrast Media | Swelling |

Review of Systems
Musculoskeletal: Positive for back pain.
Neurological: Positive for numbness. Negative for weakness.

Blood pressure 132/75, pulse 53, temperature 36.9 °C (98.5 °F), temperature source Oral, resp. rate 18, height 1.93 m, weight 124.2 kg, SpO2 99 %.

**Physical Exam**
Vitals reviewed.
Constitutional:
   Appearance: Normal appearance. He is obese.
Neurological:
   Mental Status: He is alert and oriented to person, place, and time.
   Motor: Motor function is intact.
   Gait: Gait is intact.
Individual muscle testing shows good strength in his hip flexors quadriceps dorsi and plantarflexion straight leg raising is negative

| Vitals | 11/22/2019 | 2/17/2020 | 3/16/2020 | 6/15/2020 | 8/24/2020 | 2/8/2023 |
|--------|-----------|-----------|-----------|-----------|-----------|----------|
| **Systolic** | - | - | - | - | - | 132 |
| **Diastolic** | - | - | - | - | - | 75 |
| **Pulse** | - | - | - | - | - | 53 |
| **Temp** | - | - | - | - | - | 98.5 |
| **Resp** | - | - | - | - | - | 18 |
| **Height (in)** | 75.6 | 76 | - | 75.4 | - | 76 |

| | Weight (lb) | 236.6 | 234.6 | 226.9 | 237.3 | 187.6 | 273.81 |
|---|---|---|---|---|---|---|---|
| | **BMI (kg/m2)** | 29.11 kg/m2 | 28.56 kg/m2 | 27.62 kg/m2 | 29.35 kg/m2 | 23.2 kg/m2 | 33.33 kg/m2 |
| | **BSA (m2)** | 2.39 m2 | 2.39 m2 | 2.35 m2 | 2.39 m2 | 2.13 m2 | 2.58 m2 |
| | **VISIT REPORT** | - | - | - | - | - | - |

**Relevant Results:**

Electronically signed by John Ward, MD at 2/8/2023  8:44 AM

## Consults
John Ward, MD (Physician) • Neurosurgery

Consultation Report/Note - Scan on 2/8/2023 8:50 AM: Neurosurgery Patient Consult Note

## Additional Documentation

Vitals:   BP 132/75 (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult long)
Pulse 53 Temp 36.9 °C (98.5 °F) (Oral) Resp 18 Ht 1.93 m Wt 124.2 kg SpO2 99%
BMI 33.33 kg/m² BSA 2.58 m² Pain Sc  7

Flowsheets:   NARxCare Scores, Vital Signs, Vitals Reassessment, VCUH FALL RISK SCREENING TOOL

SmartForms: SEXUALITY AND GENDER IDENTITY

## Media
From this encounter

Consultation Report/Note - Scan on 2/8/2023 8:50 AM: Neurosurgery Patient Consult Note

No questionnaires available.

## Orders Performed

Ambulatory referral to DOC secure clinic Pending Review

## Medication Changes
As of 2/8/2023  8:06 AM

None

## Medication List at End of Visit
As of 2/8/2023  8:06 AM

None

## Visit Diagnoses

Primary: Spinal stenosis of lumbar region without neurogenic claudication M48.061
Back pain with radiation M54.9

