*Haynie v. Ashby, et al.*, **Civil Action No. 1:23CV16**

**Haynie Deposition Excerpt No. 1**

1  about your interactions with Mr. Dye. And it sounds
2  to me like that --
3       A    Yes, ma'am.
4       Q    It sounds to me like that complaint
5  references Mr. Ashby. What did that have to do with
6  Mr. Dye?
7       A    Because I was writing the issue up, so
8  when Officer Dye, and all the other officers that's
9  in my complaint, they were telling me to stop
10 writing it up. Ashby was the head investigator
11 there -- one of the investigators there. They told
12 me stop writing it up. If I didn't stop writing it
13 up, that they was going to beat my -- they said, I'm
14 gonna beat your black ass and put you in the hole
15 and not let you out or use the phone until you're
16 healed, if I didn't stop writing this issue up.
17           They wanted me to stop pressing the issue
18 about this ride that I took, and my injuries that I
19 had. So that was the interaction that I had with
20 Dye, Deel, and the other officers in my complaint
21 about the -- you know, they were threatening me
22 about pressing this issue about the ride that I took