*Haynie v. Ashby, et al.*, **Civil Action No. 1:23CV16**

**Haynie Deposition Excerpt No. 2**

1  Mr. Haynie?
2      A    Illness?
3      Q    Ailments.  Any other physical injuries
4  you've suffered in your life?
5      A    Yes, I've had gunshot wounds to my leg.
6      Q    Which leg is that?
7      A    My left leg.
8      Q    Where in your leg was that?
9      A    Down by my ankle, and right above my knee.
10     Q    And when did that happen?
11     A    That happened September the 2nd of 2015.
12     Q    And do you have any lasting effects from
13 that -- from those injuries?
14     A    No, I have a -- I have screws in my knees,
15 but, no, I don't have -- I mean, on a rainy day, I
16 might -- my knee my hurt or something like that,
17 but, no, ma'am.
18     Q    And since the October 14th transportation,
19 what type of medical care have you received for your
20 back?
21     A    I've had MRIs done, and I'm just getting
22 therapy. I just started physical therapy. I just had