*Haynie v. Ashby, et al.*, **Civil Action No. 1:23CV16**

**Haynie Deposition Excerpt No. 3**

Transcript of Wesley Haynie
Conducted on February 28, 2025                                    69

```
 1   correct?
 2        A    Yes, ma'am.
 3        Q    Was that a mental health doctor?
 4        A    Again, ma'am, I don't know.
 5        Q    Do you remember where that was?
 6        A    No, ma'am.
 7        Q    And, Mr. Haynie, what was your
     relationship with your father like?
 8
 9        A    What was the relationship with my father?
10        Q    Yes.
11        A    It's okay.
12        Q    What do you mean by that?
13        A    My father worked a lot, and basically I
14   was raised by my mother. My mother and my father
15   were separated, so my father worked a lot. He ran
16   his own business, so he worked a lot. But, I mean,
17   you know, I was -- I'd see him every other weekend,
18   sometimes once a month.
19        Q    Do you currently have a relationship with
20   him?  Hello?
21             MR. WEINER:  He froze.
22             MS. RENE:  Oh, man.  This is just the
```

1  worst.
2          THE VIDEOGRAPHER:  Would we like to go off
3  the record?
4          MS. RENE:  Let's -- can we give him a
5  minute?
6          THE VIDEOGRAPHER:  Yes, Counsel.
7          MS. RENE:  Thank you.  I'll just see if he
8  pops back on.  And if not, I'll reach out.
9  BY MS. RENE:
10      Q    Mr. Haynie?
11      A    Yes, ma'am?
12      Q    Hey.  I'm sorry. This is just the worst.
13  I'm sorry. Can you hear me okay?
14      A    Yes, ma'am.
15      Q    Awesome.
16          MS. RENE:  And we're still on the record;
17  is that correct?
18          THE VIDEOGRAPHER:  Yes, Counsel.
19          MS. RENE:  Cool.  Thank you.
20  BY MS. RENE:
21      Q    All right.  I'm sorry, Mr. Haynie.  I'm on
22  my last -- I've only got a last series of questions,

1  so once we get through those, I think we can wrap
2  up. But I asked, do you currently have a
3  relationship with your father?
4        A    Yes, ma'am.
5        Q    And what is his name?
6        A    His name is Wesley.
7        Q    And the same last name, Haynie?
8        A    Yes, ma'am.
9        Q    What was your childhood like growing up
10 with your father?
11       A    My father really wasn't around like that
12 when I was growing up.  My father was running a
13 trucking company. My mom and my dad were separated
14 so, you know, I spent maybe every other weekend with
15 my father, maybe once a month, sometimes I didn't
16 see my father for a couple months.
17            My father's brother used to get me and my
18 brother a lot, and we used to -- you know, he's a
19 farmer, so we used to work a lot on the farm and
20 stuff with him.
21       Q    Did your father physically abuse you as a
22 child?

1  A   No, ma'am.
2  Q   Did you tell a Virginia Department of
3  Corrections probation officer prior to your 2017
4  sentencing, that your father had abused you?
5  A   No, ma'am, not physically.
6  Q   So is it -- I'm sorry?
7  A   Not physically.  You mean physically abuse
8  me?
9  Q   Yes.
10 A   No, ma'am.
11 Q   Did your father emotionally abuse you as a
12 child?
13 A   Yes.
14 Q   Have you told any of your mental health
15 providers about your relationship with your father?
16 A   No, because like I said, I have a good
17 relationship with my father.
18 Q   And Mr. Haynie, just to -- for the record,
19 it is your testimony here today that you did not
20 tell a probation officer that your father abused you
21 prior to your 2017 sentencing?
22 A   No.  I told the probation officer that my

1  father, you know, emotionally abused me. I didn't
2  say that he physically abused me.
3          You know, him and my mother used to get
4  into, you know, arguments and fights and stuff.  He
5  used to be abusive to my mother, but not physical --
6  not physically abused me, no, ma'am.
7          He -- you know, I mean as a kid, I had
8  gotten spankings and stuff like that, but it wasn't
9  to the point where he -- you know, I've had beatings
10 from my father, if that's what you're asking, yes,
11 ma'am.
12    Q    And have you discussed this with any
13 mental health providers?
14    A    When I was in school.
15    Q    When you were in school?
16    A    Yes, ma'am.
17    Q    When was that?
18    A    Back in the '90s.
19    Q    So, I'm sorry, Mr. Haynie, I think earlier
20 maybe I misunderstood you, but I thought you said
21 that you had not received any mental health
22 treatment prior to being in DOC custody. Am I wrong