**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Abingdon Division**

REGINALD FITZGERALD,

    Plaintiff,

v.               Civil Action No. 1:23CV16

ASHBY, *et al.*

    Defendants.

**Defendants' Second Set of Interrogatories, Defendants' First Set of Requests for**
**Admissions, and Defendants' Second Set of Requests for Production of Documents**

  Ashby, Robinette, Deel, Dye, Squier,[1] and Owens ("Defendants"), by counsel, hereby

propound the following Second Set of Interrogatories, First Set of Requests for Admissions, and

Second Set of Requests for Production of Documents to the Plaintiff, Wesley Haynie.

**Defendants' Second Set of Interrogatories Pursuant to Rule 33**

7. Please explain how you exhausted your administrative remedies under Virginia Department
   of Corrections Operating Procedure 866.1 with respect to your allegations against
   Defendant Dye.

   **RESPONSE:** I received a Complaint form the booth. I wrote a Complaint against officer
   Dye for threatening me for writing complaints for my back issues, and his threat that he
   would beat me up and put me in the hole and plant a knife on me. He then later called me
   to his office, and when he did he had the Complaint form in his hand. He then told me if I
   wrote another Complaint then he would beat me up and not let me use the phone. As a
   result of this I did not submit anything else.

8. Please explain how you exhausted your administrative remedies under Virginia Department
   of Corrections Operating Procedure 866.1 with respect to your allegations against
   Defendant Deel.

   **RESPONSE:** In my Complaint referenced in response to #7 above I also complained about
   Deel. I made the same Complaints that I made against Defendant Dye.

9. Please explain how you exhausted your administrative remedies under Virginia Department
   of Corrections Operating Procedure 866.1 with respect to your allegations against

---

[1] Upon information and belief, the correct spelling of Defendant Squire's last name is "Squier."

Defendant Owens.

**RESPONSE**: In my Complaint referenced in response to #7 above, I also complained about Owens. I made the same Complaints that I made against Defendant Dye. Owens also specifically told me: he was an Owen, and Owens run King Mountain, so he could make sure I go to Red Onion.

10. Please explain how you exhausted your administrative remedies under Virginia Department of Corrections Operating Procedure 866.1 with respect to your allegations against Defendant Squier.

    **RESPONSE:** In my Complaint referenced in response to #7 above, I also complained about Squier. I made the same Complaints that I made against Defendant Dye.

11. Please explain how you exhausted your administrative remedies under Virginia Department of Corrections Operating Procedure 866.1 with respect to your allegations against Defendant Ashby.

    **RESPONSE:** I wrote several Complaints for Ashby with respect to the seatbelt issue and the threats, as well as the driving and racial slurs. He asked me to sign a document saying I refused the seatbelt, and I refused—he told me I would regret it. I also submitted a Complaint for this issue. In total, I submitted approximately five Complaints against Ashby. For many I did not receive a response. I received a response for one that said it was documented by staff that I was placed in a seatbelt. I submitted a grievance for Ashby stating that I was taken to Circuit Court without a seatbelt, that they drove recklessly and used racial slurs against me. I then got a response back, and then I appealed to the first level within the facility, got a response back saying unfounded, and then appealed to the second level to regional area, and then received a response back from Regional saying it was unfounded and that I had exhausted all remedies.

12. Please explain how you exhausted your administrative remedies under Virginia Department of Corrections Operating Procedure 866.1 with respect to your allegations against Defendant Robinette.

    **RESPONSE:** Same response as to #11 applies to Robinette.

13. Please provide the date(s) on which Defendant Ashby "asked [you] to sign a piece of paper that stated [you were] offered a seatbelt but that [you] refused it as alleged in your Complaint.

    **RESPONSE:** It is my best recollection that it was October 15, 2021, or October 18, 2021. I believe that because I went to medical first, and after I went to medical they asked me to go to his office either the following day or the following Monday. Ashby only works on the weekdays, so it why I know it was a weekday. On 11/23/21 is when Ashby came to my pod, cell searched, and then called me a crybaby bitch due to issue of transport and lack of seatbelt. I said I did not feel safe on the compound due to retaliation. I wrote this in

the complaint.

14. Please provide the date(s) on which Defendant Squier threatened you not to file any grievances or complaints as alleged in your Complaint.

    **RESPONSE:** I do not recall the specific date. I was in C Building when this occurred. I did have a document where I wrote down the date and time, but I previously gave that document to my attorney.

15. Please provide the date(s) on which Defendant Owens threatened you not to file any grievances or complaints as alleged in your Complaint.

    **RESPONSE:** I do not recall the specific dates. I was not given any record of it. Owens had threatened me in the pods. Owens threatened me more than once.

16. Please provide the date(s) on which Defendant Deel threatened you not to file any grievances or complaints as alleged in your Complaint.

    **RESPONSE:** I do not recall the specific dates. I was not given any record of it. Deel had threatened me in the pods. Deel threatened me more than once.

17. Please provide the date(s) on which Defendant Dye threatened you not to file any grievances or complaints as alleged in your Complaint.

    **RESPONSE:** I do not recall the specific dates. I was not given any record of it. Dye had threatened me in the lieutenant's office in C building. Dye did not threaten me more than once.

18. Please explain in-depth what First Amendment protected activity, or activities, Defendant Ashby prevented you from engaging in as a result of any of the alleged threats he made against you as detailed in your Complaint.

    **RESPONSE:** Ashby's threats stopped me from continuing to file complaints and grievances, and report his actions. His threats also stopped me from sending information to my family via letters and via Jpay because he would read them. I know he would read them because he would come to my pod and tell me that I was crybaby bitch.

19. Please explain in-depth what First Amendment protected activity, or activities, Defendant Robinette prevented you from engaging in as a result of any of the alleged threats he made against you as detailed in your Complaint.

    **RESPONSE:** His threats stopped me from continuing to file complaints and grievances, and report his actions.

20. Please explain in-depth what First Amendment protected activity, or activities, Defendant Owens prevented you from engaging in as a result of any of the alleged threats he made

against you as detailed in your Complaint.

**RESPONSE:** His threats stopped me from continuing to file complaints and grievances, and report his actions.

21. Please explain in-depth what First Amendment protected activity, or activities, Defendant Squier prevented you from engaging in as a result of any of the alleged threats he made against you as detailed in your Complaint.

**RESPONSE:** His threats stopped me from continuing to file complaints and grievances, and report his actions.

22. Please explain in-depth what First Amendment protected activity, or activities, Defendant Deel prevented you from engaging in as a result of any of the alleged threats he made against you as detailed in your Complaint.

**RESPONSE:** His threats stopped me from continuing to file complaints and grievances, and report his actions.

23. Please explain in-depth what First Amendment protect activity, or activities, Defendant Dye prevented you from engaging in as a result of any of the alleged threats he made against you as detailed in your Complaint.

**RESPONSE:** His threats stopped me from continuing to file complaints and grievances, and report his actions.


## **Defendant's First Set of Requests for Admissions Pursuant to Rule 36**

1. Admit that Defendant Ashby has never prevented you from filing any lawsuit.

   **RESPONSE:** Admit.

2. Admit that Defendant Robinette has never prevented you from filing any lawsuit.

   **RESPONSE:** Admit.

3. Admit that Defendant Owens has never prevented you from filing any lawsuit.

   **RESPONSE:** Deny. Owens put me in fear for my physical safety if I did file a lawsuit, and his actions stopped me from filing paperwork to properly exhaust my remedies. I Admit that ultimately, he did not prevent me from filing this specific lawsuit.

4. Admit that Defendant Deel has never prevented you from filing any lawsuit.

   **RESPONSE:** Deny. He put me in fear for my physical safety if I did file a lawsuit, and

his actions stopped me from filing paperwork to properly exhaust my remedies. I Admit that ultimately, he did not prevent me from filing this specific lawsuit.

5.  Admit that Defendant Dye has never prevented you from filing any lawsuit.

**RESPONSE:** Deny. He put me in fear for my physical safety if I did file a lawsuit, and his actions stopped me from filing paperwork to properly exhaust my remedies. I Admit that ultimately, he did not prevent me from filing this specific lawsuit.

6. Admit that Defendant Squier has never prevented you from filing any lawsuit.

**RESPONSE:** Deny. He put me in fear for my physical safety if I did file a lawsuit, and his actions stopped me from filing paperwork to properly exhaust my remedies. I Admit that ultimately, he did not prevent me from filing this specific lawsuit.

7. Admit that you did not exhaust your allegations against Defendant Owens pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.

**RESPONSE:** Admit that I did not exhaust. Deny that I did not constructively exhaust. I was prevented from exhausting.

8. Admit that you did not exhaust your allegations against Defendant Squier pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.

**RESPONSE:** Admit that I did not exhaust. Deny that I did not constructively exhaust. I was prevented from exhausting.

9. Admit that you did not exhaust your allegations against Defendant Deel pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.

**RESPONSE:** Admit that I did not exhaust. Deny that I did not constructively exhaust. I was prevented from exhausting.

10. Admit that you did not exhaust your allegations against Defendant Dye pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.

**RESPONSE:** Admit that I did not exhaust. Deny that I did not constructively exhaust. I was prevented from exhausting.

11. Admit that you did not exhaust your allegations against Defendant Ashby pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.

**RESPONSE:** Deny. See Response to Rog #11.

12. Admit that you did not exhaust your allegations against Defendant Robinette pursuant to VDOC Operating Procedure 866.1 prior to filing this lawsuit.