# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### Abingdon Division

WESLEY HAYNIE,

    Plaintiff,

v.                                                         Civil Action No. 1:23CV16

ASHBY, *et al.*,

    Defendants.

## **DEFENDANTS' WITNESS AND EXHIBIT LIST**

Ashby, Robinette, Squier, Dye, Deel, and Owens ("Defendants"), by counsel, hereby identify the following witnesses and exhibits for possible presentation at the jury trial scheduled for June 16-18, 2025 in this action.

## **Witnesses**

1. Defendant Ashby.  Mr. Ashby can be contacted through counsel.

2. Defendant Robinette.  Mr. Robinette can be contacted through counsel.

3. Defendant Deel.  Mr. Deel can be contacted through counsel.

4. Defendant Dye.  Mr. Dye can be contacted through counsel.

5. Defendant Squier.  Mr. Squier can be contacted through counsel.

6. Defendant Owens.  Mr. Owens can be contacted through counsel.

7. Keen Mountain Correctional Center Nurse Practitioner D. Ball. Ms. Ball may be contacted at Keen Mountain Correctional Center, 3402 Kennel Gap Rd., Oakwood, VA 24631; (276) 498-7411.

8. Keen Mountain Correctional Center Grievance Coordinator, H. Harr. Ms. Harr may be contacted at Keen Mountain Correctional Center, 3402 Kennel Gap Rd., Oakwood, VA 24631; (276) 498-7411.

9. Greensville County Circuit Court Lieutenant S. Pluta. Lieutenant Pluta can be contacted at the Greensville Circuit Court, 315 S. Main St., Emporia, VA 23847; (434) 637-0576.

10. Keen Mountain Institutional Operations Manager J. Harrison. Mr. Harrison may be contacted at Keen Mountain Correctional Center, 3402 Kennel Gap Rd., Oakwood, VA 24631; (276) 498-7411.

11. Keen Mountain Lieutenant Blakenship. Mr. Blakenship may be contacted at Keen Mountain Correctional Center, 3402 Kennel Gap Rd., Oakwood, VA 24631; (276) 498-7411.

12. Keen Mountain Mental Health Clinician Senior, T. Dooley, or any other of the Plaintiff's mental health providers at any VDOC facility at which the Plaintiff has been seen by mental health staff. Mr. Dooley may be contacted at Keen Mountain Correctional Center, 3402 Kennel Gap Rd., Oakwood, VA 24631; (276) 498-7411.

Defendants reserve the right to supplement or amend these witness designations pending trial, including the right to withdraw any designated individual from this list of potential witnesses. These disclosures do not include witnesses whose testimony would be presented solely for rebuttal or impeachment purposes. Defendants reserve the right to call any witness whose testimony would be used for rebuttal or impeachment purposes or would be required to identify or authenticate any document, item, or exhibit. Defendants further reserve the right to call as a witness any individual designated by the Plaintiff as a witness or potential witness for the Jury Trial.

## **Exhibits**

1. Plaintiff's medical records

2. Plaintiff's VDOC Grievance Report and grievance documents

3. VDOC Operating Procedure 866.1, Offender Grievance Procedure

4. VDOC transportation records and/or logbooks

5. VDOC Incident Reports

6. Photographs of the van used during the transportation

7. Plaintiff's mental health records

8. Video footage of Keen Mountain Correctional Center sallyport/loading area(s) before and/or after the transportation

Defendants reserve the right to supplement or amend these exhibit designations pending the Jury Trial, including the right to withdraw any designated item from the list of potential exhibits. These disclosures do not include exhibits that would be presented solely for purposes of rebuttal, rehabilitation, or impeachment (including impeachment by prior inconsistent statement), or to refresh the recollection of a witness pursuant to the Federal Rules of Evidence. Defendants reserve the right to present any exhibit not listed wherein solely for purposes of rebuttal, rehabilitation, or impeachment (including impeachment by prior inconsistent statement), or to refresh the recollection of a witness. Defendants reserve the right to utilize demonstrative exhibits, such as photographs, diagrams, and illustrations. Defendants further reserve the right to introduce any item designated by the Plaintiff as an exhibit or potential exhibit for the Jury Trial.

Defendants reserve the right to amend, modify, or supplement these pretrial disclosures with witnesses, deposition testimony, or documents that are relevant to any issue later disclosed by the parties or any third party, including at trial, or based upon subsequent events, or as otherwise appropriate.

    Respectfully submitted,

    *Ashby*, et al., Defendants.

    By: s/ Ann-Marie White Rene
    Ann-Marie White
    AAG, VSB #91166

>Criminal Justice & Public Safety Division
>Office of the Attorney General
>202 North 9th Street
>Richmond, Virginia 23219
>(804) 371-2084
>(804) 786-4239 (Fax)
>Email:  arene@oag.state.va.us
>(*Counsel for Defendants*)

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically serves counsel of record:

>Blake Weiner Law, PLLC
>1806 Summit Avenue, Suite 300
>Richmond, VA 23230
>678-492-7629
>Email: bweiner@blakeweinerlaw.com
>(*Counsel for Plaintiff*)

>By: s/ Ann-Marie White Rene
>Ann-Marie White, AAG, VSB #91166
>Office of the Attorney General
>202 North Ninth St.
>Richmond, Virginia 23219
>Phone: (804) 371-2084
>Fax: (804) 786-4239
>E-mail: arene@oag.state.va.us
>(*Counsel for Defendants*)

5