IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| WESLEY HAYNIE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ASHBY, et al.,<br><br>　　　　　　Defendants. | Case No. 1:23CV16 |

### PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and this Court's Order entered on July 8, 2024 (ECF No. 43, Plaintiff Wesley Haynie ("Plaintiff"), by and through his undersigned counsel, makes the following pretrial disclosures to Defendants in the above captioned matter. These disclosures are based on information presently known and reasonably available to Plaintiff.

### DISCLOSURES

**Rule 26(a)(3)(A)(i).** The name and, if not previously provided, the address and telephone number of each witness Plaintiff may present at trial other than solely for impeachment—separately identifying those the party expects to present and those it may call if the need arises:

*Witnesses Expected:*

1. Plaintiff Wesley Haynie. Plaintiff can be contacted through counsel.

2. Reginald Fitzgerald.

3. Keen Mountain Correctional Center Assistant Warden Shawn K. Owens.

4. Named Defendants.

*Witnesses Who May Be Called*:

1

1. Any witnesses identified by the Defendants.

2. Impeachment and rebuttal witnesses as required.

**Rule 26(a)(3)(A)(ii).** The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition:

Plaintiff will not present any witness by deposition. However, as stated *infra*, Plaintiff reserves the right to use any Defendant's pleading or written discovery response.

**Rule 26(a)(3)(A)(iii).** An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises:

*Items Expected:*

| Plaintiff's Exhibit Number | Description | How Produced |
|---|---|---|
| Exhibit 1 | VDOC Transportation Log | VDOC Production (1 page. Bates: Haynie 16 000163). |
| Exhibit 2 | VDOC Transportation Log | VDOC Production (1 page. Bates: Haynie 16 000164). |
| Exhibit 3 | VODC Records | VDOC Production (13 pages. Bates: 000165-177) |
| Exhibit 4 | Internal Incident Report | VDOC Production (1 page. Bates: Haynie 16 00005) |
| Exhibit 5 | Internal Incident Report | VDOC Production (2 pages. Bates: Haynie 16 00007-8) |

*Items That May Be Offered:*

| N/A | Written Discovery Responses (not offered as an exhibit, but may be used to impeach) | Defendants' Answers to Plaintiff's Interrogatories |
|---|---|---|

Plaintiff also reserves the right to use any exhibits identified by Defendant, Defendant's pleading or written discovery response, and any demonstrative that may assist in the presentation of his case.

Respectfully submitted, the 23rd day of December, 2025.

> */s/ Blake A. Weiner*
> Blake A. Weiner, VA Bar No. 94087
> BLAKE WEINER LAW, PLLC
> 1806 Summit Avenue, Suite 300
> Richmond, VA 23230
> Telephone: (804) 482-1465
> Email: bweiner@blakeweinerlaw.com
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia using the Court's CM/ECF system. I further certify that service was accomplished on all parties via the Court's CM/ECF system.

Respectfully submitted, the 23rd day of December, 2025.

                                              */s/ Blake A. Weiner*
                                              Blake A. Weiner, VA Bar No. 94087
                                              BLAKE WEINER LAW, PLLC
                                              1806 Summit Avenue, Suite 300
                                              Richmond, VA 23230
                                              Telephone: (804) 482-1465
                                              Email: bweiner@blakeweinerlaw.com
                                              *Counsel for Plaintiff*