# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**WESLEY HAYNIE**

vs.

**HAROLD CLARKE, ET AL.,**

Action No:   1:23CV16
Date:   1/14/2026
Judge:   James P. Jones
Court Reporter:   Cynthia Bragg, OCR
Deputy Clerk:   Felicia Clark

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Blake Weiner | Cameron Bell |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Motion hearing held via Zoom in re: DE 89 – Motion in Limine. All parties were present and ready to proceed. Court denied as moot DE 89 – Motion in Limine. Court discussed upcoming jury trial with counsel. Court adjourned.

Time in Court: 10:15 – 10:33 p.m. (18 minutes)