IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

WESLEY HAYNIE,

    Plaintiff,

v.                                Civil Action No. 1:23CV16

ASHBY, *et al*.,

    Defendants.

## MOTION TO WITHDRAW

Ann-Marie White Rene, undersigned counsel, respectfully moves this honorable Court to allow her to withdraw as counsel for Defendants Ashby, Robinette, Squier, Owens, Deel, and Dye. Ms. White Rene is leaving her employment with the Office of the Attorney General, effective January 16, 2026. Cameron Bell of the law firm of PennStuart will remain as counsel for the Defendants in the above-captioned case. Good cause exists for this request, and this request will not affect the continuation of the defense of these named Defendants.

                              Respectfully submitted,

                              Ashby, *et al*., Defendants.

                              By:   /s/                
                              Ann-Marie White, VSB #91166
                              Assistant Attorney General
                              Office of the Attorney General
                              Criminal Justice & Public Safety Division
                              202 North 9th Street
                              Richmond, Virginia 23219
                              (804) 786-0030
                              (804) 371-2084
                              Email: arene@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically serves counsel of record:

Blake Weiner Law, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA 23230
678-492-7629
Email: bweiner@blakeweinerlaw.com
(*Counsel for Plaintiff*)

                                                    By: s/ Ann-Marie White Rene
                                                    Ann-Marie White, AAG, VSB #91166
                                                    Office of the Attorney General
                                                    202 North Ninth St.
                                                    Richmond, Virginia 23219
                                                    Phone: (804) 371-2084
                                                    Fax: (804) 786-4239
                                                    E-mail: arene@oag.state.va.us