# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Abingdon Division

WESLEY HAYNIE,

    Plaintiff,

v.                                                     Civil Action No. 1:23CV16

ASHBY, *et al.*,

    Defendants.

## ORDER

Upon consideration of Ann-Marie White Rene's Motion to Withdraw, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk is **DIRECTED** to terminate Assistant Attorney General Ann-Marie White Rene as counsel of record in this case.

ENTERED:        /       /2026

_____
Judge