CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

January 21, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON  DIVISION

| | | |
|---|---|---|
| **WESLEY HAYNIE,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23CV00016 |
| | ) | |
| v. | ) | **ORDER CLOSING CASE** |
| | ) | |
| **HAROLD CLARKE, ET AL.,** | ) | Judge James P. Jones |
| | ) | |
| Defendants. | ) | |

The court having been advised that a settlement has been reached, the case is hereby administratively closed.  The court retains jurisdiction for sixty (60) days. If desired, the parties may hereafter within such time submit an agreed stipulation, final order or judgment.  If no such agreed stipulation, final order or judgment is timely submitted, and if no party files a motion to reopen the case or to enforce the terms of the settlement within such time, this action shall, without further order, stand dismissed with prejudice.

It is so **ORDERED**.

ENTER:  January 21, 2026

/s/ James P. Jones
Senior United States District Judge