IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| WESLEY HAYNIE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:23-cv-00016-JPJ-PMS |
| HAROLD CLARKE, *et al.* | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), the parties stipulate to dismissal of the plaintiff's claims against Defendants, William Robinette, Ethan Deel, Caleb Ashby, Donny Dye, Christopher Squier, and Joshua Owens with prejudice, each side to bear its own costs, expenses, and attorney's fees.

AGREED:

Cameron S. Bell
VSB No. 47685
PennStuart
Post Office Box 2288
Abingdon, Virginia 24212
Phone: 276/628-5151
Fax:  276/628-5621
Email: cbell@pennstuart.com

By: *s/Cameron S. Bell*
    Cameron S. Bell
    Counsel for Defendants

SEEN AND AGREED:

Blake Andrew Weiner, Esq.
Blake Weiner Law, PLLC
1806 Summit Avenue, Suite 300
Richmond, VA  23230
Phone:  804-482-1465
Email:  bweiner@blakeweinerlaw.com

By: *s/Blake A. Weiner*
    Blake A. Weiner
    Counsel for Plaintiff